# Exhibit A

**Electronically Filed**
**5/5/2022 9:43 AM**
**Steven D. Grierson**
**CLERK OF THE COURT**

## AFFIDAVIT OF SERVICE

| Case:<br>A-22-851677-C | Court:<br>EIGHTH JUDICIAL DISTRICT COURT | County:<br>CLARK COUNTY, NV | Job:<br>7014114 (Malkiel Marante) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Malkiel Triana Marante | | Defendant / Respondent:<br>Paul Martin Strand & Mountain West Milk Transport Corporation | |
| Received by:<br>Serve Vegas LLC | | For:<br>Southwest Injury Law | |
| To be served upon:<br>Mountain West Milk Transport Corporation | | | |

I, Richard S. Dickinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NaLana Miller, Company: 1292 S 4175 W, Cedar City, UT 84720

**Manner of Service:** Registered Agent, Apr 28, 2022, 7:50 pm MDT

**Documents:** Complaint, Summons

**Additional Comments:**

1) Successful Attempt: Apr 28, 2022, 7:50 pm MDT at Company: 1292 S 4175 W, Cedar City, UT 84720 received by NaLana Miller. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Brown; Relationship: Vice President;

Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

Richard S. Dickinson  G102536          5-3-22

Date

Serve Vegas LLC
Nevada License 1914-C
9811 W. Charleston Blvd 2-732
Las Vegas, NV 8911
702-209-2140