CHRISTINE M. BOOZE
Nevada Bar No. 7610
JONATHAN L. POWELL
Nevada Bar No.9153
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com
jpowell@winnerfirm.com

*Attorneys for Paul Michael Strand and*
*Mountain West Milk Transport Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALKIEL TRIANAMARANTE, an individual, | CASE NO. 2:22-cv-800-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| PAUL MICHAEL STRAND, an individual; MOUNTAIN WEST MILK TRANSPORT CORPORATION, a domestic corporation, DOES I through X, and ROE CORPORATIONS I through XX, inclusive, | ECF No. 15 |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Luis A. Ayon, Esq., of Southwest Injury Law, attorneys for the Plaintiff, MALKIEL TRIANA MARANTE, and Jonathan L. Powell of the law firm of Winner & Booze, attorneys for Defendants, PAUL MARTIN STRAND and MOUNTAIN WEST MILK TRANSPORT CORPORATION, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

    IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

Page 1 of 2

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 17th day of ~~March~~ April 2023.   DATED this 24th day of March 2023.

WINNER & BOOZE

By: _____
Christine M. Booze
Nevada Bar No. 7610
Jonathan Powell
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Paul Michael Strand and Mountain West Milk Transport Corporation*

SOUTHWEST INJURY LAW, PLLC

By: _____
Luis A. Ayon
Nevada Bar No. 9753
~~Michael T. Nixon~~
~~Nevada Bar No. 12839~~
8716 Spanish Ridge Avenue, Suite 120
Las Vegas, Nevada 89148
*Attorneys for plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2023

Respectfully submitted by:

WINNER & BOOZE

_____
Jonathan Powell
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Paul Michael Strand and Mountain West Milk Transport Corporation*
CASE NO. 2:22-cv-800-JAD-VCF